No. 693. BENJAMIN HOROWITZ ET AL. v. UNITED STATES. Error to the Circuit Court of Appeals for the Second Circuit. April 19, 1920. Petition for a writ of certiorari herein denied. *Mr. John J. Fitzgerald* and *Mr. Elijah N. Zoline*, for plaintiffs in error, in support of the petition. *Mr. Assistant Attorney General Stewart*, for the United States, in opposition to the petition.

No. 737. BARBER & COMPANY, INC. v. STEAMSHIP "KNUTSFORD," LIMITED. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. D. Roger Englar* for petitioner. *Mr. Charles R. Hickox* and *Mr. L. de Grove Potter* for respondent.

No. 753. ARTHUR BAIN v. UNITED STATES. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Abram M. Tillman* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.

No. 758. CHARLES L. BAENDER v. UNITED STATES. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George D. Collins* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.

No. 759. WEBB JAY ET AL. v. FREDERICK WEINBERG ET AL. April 19, 1920. Petition for a writ of certiorari to